# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

COURTNEY CATES, BRIAN STOVER, JASON MILLER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

Case No. 3:16-cv-00008

CRYSTAL CLEAR TECHNOLOGIES, LLC, CARBINE & ASSOCIATES LLC; HOOD, DEVELOPMENT, LLC; TOLLGATE VILLAGE ASSOCIATION INC.; CANTERBURY HOMEOWNERS ASSOCIATION INC.; and DIRECTV, LLC,

    Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for DIRECTV, LLC hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that Court.

s/ [signature]

Signature

Name: Archis A. Parasharami

Address: Mayer Brown LLP

Address: 1999 K Street NW

Address: Washington, DC 20006

Phone: (202) 263-3328

Email: aparasharami@mayerbrown.com

# CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Motion for Admission *Pro Hac Vice* has been served via first-class mail, this February 23, 2016, on the following:

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH
 & JENNINGS, PLLC
The Freedom Center
223 Rosa L. Parks Avenue , Suite 200
Nashville, TN 37203
(615) 254-8801
gerards@bsjfirm.com
beng@branstetterlaw.com
*Attorneys for Plaintiffs*

David Alexander Fardon
Craig Vernon Gabbert, Jr.
HARWELL, HOWARD, HYNE,
GABBERT & MANNER, P.C.
333 Commerce Street, Suite 1500
Nashville, TN 37201
(615) 256-0500
daf@h3gm.com
cvg@h3gm.com
*Attorneys for Defendants, Crystal Clear Technologies LLC and Carbine & Associates, LLC*

Robert Dale Grimes
Virginia M. Yetter
BASS, BERRY & SIMS
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-7858
dgrimes@bassberry.com
vyetter@bassberry.com
*Attorneys for Defendant, DirecTV, LLC*

Christopher E. Thorsen
BRADLEY, ARANT, BOULT,
CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203-0025
(615) 244-2582
cthorsen@babc.com
*Attorney for Defendant, Hood Development, LLC*

H. Rowan Leathers
Valerie Diden Moore
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 Third Avenue, South
Suite 1600
Nashville, Tennessee 37201
(615) 651-6700
rowan.leathers@butlersnow.com
valerie.moore@butlersnow.com
*Attorneys for Defendants Tollgate Village Association, Inc. and Bridgemore Village Owners' Association, Inc.*

Tricia T. Olson
Rocklan W. King, III
ADAMS AND REESE LLP
424 Church Street, Suite 2700
Nashville, TN 37219-0058
(615) 259-1007
tricia.olson@arlaw.com
rocky.king@arlaw.com
*Attorneys for Canterbury Homeowners Association, Inc.*

1

Cannon F. Allen
ADAMS AND REESE LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
(901) 524-5275
cannon.allen@arlaw.com
*Attorneys for Canterbury Homeowners Association, Inc.*

/s/ Theresa Reeves