# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| COURTNEY CATES, BRIAN STOVER, JASON MILLER, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 3:16-cv-00008 |
| CRYSTAL CLEAR TECHNOLOGIES, LLC, CARBINE & ASSOCIATES LLC; HOOD DEVELOPMENT, LLC; TOLLGATE VILLAGE ASSOCIATION INC.; CANTERBURY HOMEOWNERS ASSOCIATION INC.; and DIRECTV, LLC, | Judge Aleta A. Trauger<br><br>ORAL ARGUMENT REQUESTED |
| Defendants. | |

## DEFENDANT DIRECTV, LLC'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, defendant DIRECTV, LLC ("DIRECTV") respectfully moves this Court to enter an order (i) compelling plaintiffs Courtney Cates, Brian Stover, and Jason Miller to arbitrate their claims against DIRECTV on an individual basis and (ii) staying further proceedings regarding those claims pending the outcome of the arbitrations.

In support of this Motion, DIRECTV incorporates by reference the attached Memorandum, the Declarations of Katherine Bradley and Clark Milner along with their supporting exhibits, any reply brief and supporting documents that DIRECTV may file, and any oral argument the Court may allow at a hearing on this Motion.

Dated: March 14, 2016

Respectfully submitted,

*/s/ R. Dale Grimes*
Robert Dale Grimes (#6223)
Virginia M. Yetter (#31471)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
dgrimes@bassberry.com

Mark W. Ryan (*pro hac vice*)
Archis A. Parasharami (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3338
mryan@mayerbrown.com
aparasharami@mayerbrown.com

*Attorneys for Defendant DIRECTV, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2016, a true and exact copy of the foregoing has been served on the following via the Court's electronic filing system:

| **Counsel for Plaintiffs**<br><br>Benjamin A. Gastel (#28699)<br>J. Gerard Stranch, IV (#23045)<br>Branstetter, Stranch & Jennings, PLCC<br>227 Second Avenue North, Fourth Floor<br>Nashville, TN 37201-1631<br>Tel.: 615-254-8801<br>gerards@BSJFirm.com<br>beng@BSJFirm.com | **Counsel for Crystal Clear Technologies LLC and Carbine & Associates, LLC**<br><br>Craig V. Gabbert, Jr.<br>D. Alexander Fardon<br>Harwell Howard Hyne Gabbert & Manner, P.C.<br>333 Commerce Street, Suite 1500<br>Nashville, TN 37201<br>Tel.: 615-256-0500<br>cvg@h3gm.com<br>daf@h3gm.com |
|---|---|
| **Counsel for Canterbury Homeowners Association, Inc.**<br><br>Tricia T. Olson<br>Rocklan W. King III<br>Adams and Reese LLP<br>424 Church Street, Suite 2700<br>Nashville, TN 37219<br>Tel.: 615-259-1450<br>tricia.olson@arlaw.com<br>rocky.king@arlaw.com | **Counsel for Canterbury Homeowners Association, Inc.**<br><br>Cannon F. Allen, Sr.<br>Adams and Reese LLP<br>6075 Poplar Avenue, Suite 700<br>Memphis, TN 38119<br>Tel.: 901-525-3234<br>cannon.allen@arlaw.com |
| **Counsel for Hood Development, LLC**<br><br>Christopher E. Thorsen<br>Bradley Arant Boult Cummings LLP<br>1600 Division St., Suite 700<br>Nashville, TN 37203<br>Tel.: 615-244-2582<br>cthorsen@babc.com | **Counsel for Defendants Bridgemore Village and Tollgate Village Associations**<br><br>H. Rowan Leathers, III<br>Valerie D. Moore<br>Butler Snow LLP<br>Suite 1600 Pinnacle Bldg<br>150 Third Avenue South<br>Nashville, TN 37201<br>Tel.: 615-651-6700<br>rowan.leathers@butlersnow.com |

                                                */s/ R. Dale Grimes*
                                                R. Dale Grimes