# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| COURTNEY CATES et al, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cv-00008 |
| CRYSTAL CLEAR TECHNOLOGIES, LLC, et al, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

The Court having been advised that this action has been settled, the action is dismissed without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if the settlement is not consummated. Within this ninety day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE